No. 85–1710. MALLINCKRODT, INC. *v.* BENNETT ET AL. Ct. App. Mo., Eastern Dist. Motions of Syncor International Corp., American College of Radiology, Society of Nuclear Medicine et al., and American College of Nuclear Physicians for leave to file briefs as *amici curiae* granted. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied. JUSTICE WHITE, JUSTICE MARSHALL, and JUSTICE O'CONNOR would grant certiorari.